---

(No. 14306.—Judgment reversed.)
THE PEOPLE *ex rel.* Ed. R. Knecht, County Collector, Appellee, *vs.* THE CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY, Appellant.

*Opinion filed December 22, 1921.*

This case is controlled by the decision in *People* v. *Chicago and Eastern Illinois Railroad Co.* (*ante,* p. 218.)

APPEAL from the County Court of Shelby county; the Hon. A. J. STEIDLEY, Judge, presiding.

GEORGE B. GILLESPIE, (LEONARD J. HACKNEY, W. C. & W. L. KELLEY, and GEORGE M. GILLESPIE, of counsel,) for appellant.

ROBERT I. PUGH, State's Attorney, and GEORGE B. RHOADS, for appellee.

Mr. JUSTICE DUNN delivered the opinion of the court:

This is an appeal from a judgment and order of sale for taxes rendered by the county court of Shelby county. The tax and the questions involved are the same as in the case of *People* v. *Chicago and Eastern Illinois Railroad Co.* (*ante,* p. 218,) and the decision will be the same.

The judgment of the county court will be reversed and judgment will be rendered here sustaining the objections.
                *Judgment reversed.*